| | |
|---|---|
| 1 | Stephen J. Kottmeier (State Bar No. 077060) |
| | Eugene Ashley (State Bar No. 171885) |
| 2 | Selena P. Ontiveros (State Bar No. 211790) |
| | HOPKINS & CARLEY |
| 3 | A Law Corporation |
| | The Letitia Building |
| 4 | 70 S First Street |
| | San Jose, CA  95113-2406 |
| 5 | |
| | *mailing address:* |
| 6 | P.O. Box 1469 |
| | San Jose, CA 95109-1469 |
| 7 | Telephone:      (408) 286-9800 |
| | Facsimile:       (408) 998-4790 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 | Cupertino National Bank and Trust, a part of Greater |
| | Bay Bank N.A., successor in interest to Cupertino |
| 10 | National Bank and Trust |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CUPERTINO NATIONAL BANK AND TRUST, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust,<br><br>Plaintiff,<br><br>v.<br><br>Kevin G. Schulze; John G. Schulze; Trista J. Schulze; Christopher J. Schulze; John G. Schulze, individually and as co-trustee of the John Gary and Marta S. Schulze Family Revocable Trust; Marta S. Schulze, individually and as co-trustee of the John Gary and Marta S. Schulze Family Revocable Family Trust; Able Enterprises, LLC; Virginia M. Nurisso, individually and as co-trustee of the Revocable Trust of Robert T. Nurisso and Virginia M. Nurisso; Robert T. Nurisso, individually and as co-trustee of the Revocable Trust of Robert T. Nurisso and Virginia M. Nurisso.<br><br>Defendants. | CASE NO.  2:05-CV-00835-WBS-JFM<br><br>**STIPULATION AND ORDER TO REMAND ACTION TO SANTA CLARA COUNTY SUPERIOR COURT** |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

\\Voyager\users\ahogue\My Documents\Roseville - stip to remand.doc

STIPULATION AND ORDER TO REMAND ACTION TO SANTA CLARA COUNTY SUPERIOR COURT
CASE NO. 2:05-CV-00835-WBS-JFM

1  WHEREAS on or about May 24, 2005, Defendants Kevin G. Schulze, John G. Schulze, Trista J. Schulze, Marta S. Schulze, Able Enterprises, LLC, Virginia M. Nurisso, and Robert T. Nurisso filed a Notice of Removal pursuant to 28 U.S.C. § 1367(a), removing from the Santa Clara County Superior Court to the United States District Court for the Eastern District of California the action entitled *"Cupertino National Bank v. Schulze, et al.,"* Case No. CV 1-05-039368 (the "State Court Action");

WHEREAS Defendants filed a Petition of Removal of the State Court Action to the same case number as an already pending and previously removed action entitled, *"Cupertino National Bank v. Roseville Fuel Plaza, LLC, et al.,"* Case No. 2:05-CV-00835-WBS-JFM in the United States District Court for the Eastern District of California;

WHEREAS Plaintiff Cupertino National Bank and Trust, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust, believes that no grounds exist for removal of the State Court Action based upon 28 U.S.C. § 1367(a), in that supplemental jurisdiction provides no basis for original subject matter jurisdiction and has expressed its intent to seek remand;

WHEREAS Defendants believe that grounds exist for removal of the State Court Action based on 28 U.S.C. § 1367(a) but Defendants wish to avoid the expense and uncertainty of a remand motion and have the State Court Action remanded to the Superior Court by stipulation;

THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval, to remand the State Court Action to the Superior Court for the County of Santa Clara, where the case was previously pending prior to Defendants' Notice of Removal.

STIPULATED AND AGREED:

Dated: June ___, 2005

HOPKINS & CARLEY
A Law Corporation

By: /s/ _____
Eugene Ashley
Attorneys for Plaintiff Cupertino National Bank and Trust, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust

*Signatures and Order Continued on Next Page*

\\Voyager\users\ahogue\My Documents\Roseville - stip to remand.doc

- 2 -

STIPULATION AND ORDER TO REMAND ACTION TO SANTA CLARA COUNTY SUPERIOR COURT
CASE NO. 2:05-CV-00835-WBS-JFM

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1 | Dated: June ___, 2005            MEEGAN, HANSCU & KASSENBROCK
Attorneys At Law

By: /s/
Peter J. Pullen
Attorneys for Defendants
Kevin G. Schulze, John G. Schulze, Trista J. Schulze, Marta S. Schulze, Able Enterprises, LLC, Virginia M. Nurisso, and Robert T. Nurisso

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the action entitled *"Cupertino National Bank v. Schulze, et al.,"* be remanded to the Superior Court for the County of Santa Clara.

IT IS SO ORDERED.

Dated: June 13, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

\\Voyager\users\ahogue\My Documents\Roseville - stip to remand.doc

- 3 -

STIPULATION AND ORDER TO REMAND ACTION TO SANTA CLARA COUNTY SUPERIOR COURT
CASE NO. 2:05-CV-00835-WBS-JFM