|   |   |
|---|---|
| 1 | Stephen J. Kottmeier (State Bar No. 077060) |
|   | Eugene Ashley (State Bar No. 171885) |
| 2 | Selena P. Ontiveros (State Bar No. 211790) |
|   | HOPKINS & CARLEY |
| 3 | A Law Corporation |
|   | The Letitia Building |
| 4 | 70 S First Street |
|   | San Jose, CA  95113-2406 |
| 5 |   |
|   | *mailing address:* |
| 6 | P.O. Box 1469 |
|   | San Jose, CA 95109-1469 |
| 7 | Telephone:     (408) 286-9800 |
|   | Facsimile:      (408) 998-4790 |
| 8 |   |
|   | Attorneys for Plaintiff |
| 9 | Cupertino National Bank and Trust, a part of Greater |
|   | Bay Bank N.A., successor in interest to Cupertino |
| 10 | National Bank and Trust |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Cupertino National Bank and Trust, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust, <br><br> Plaintiff, <br><br> v. <br><br> Roseville Fuel Plaza, LLC, Greater Sacramento Certified Development Corporation, United States Small Business Administration, and Does 2 through 200. <br><br> Defendants. | CASE NO.  2:05-CV-00835-WBS-JFM <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER FROM JUNE 27, 2005 TO JULY 11, 2005** |

WHEREAS on or about May 16, 2005, Plaintiff Cupertino National Bank and Trust, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust ("GBBK") filed a Motion for Appointment of Receiver ("Motion") , which is currently set to be heard on June 27, 2005 at 1:30 p.m. in Department 5 of the above-entitled court;

WHEREAS GBBK, Defendant Roseville Fuel Plaza and Defendant United States Small

---

\\Voyager\users\ahogue\My Documents\Roseville - stip to move hrg date.doc

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER
CASE NO. 2:05-CV-00835-WBS-JFM

Business Administration wish to continue the hearing on GBBK's Motion;

WHEREAS Defendant Greater Sacramento Certified Development Corporation, although served with summons of process and with GBBK's Motion, has not yet appeared in the instant action;

THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval, to continue the June 27, 2005 hearing to July 11, 2005 at 1:30 p.m. in Department 5 of the above-entitled court. Defendants' Opposition to GBBK's Motion, if any, and GBBK's Reply, shall be filed and served in accordance with Local Rule 78-230.

STIPULATED AND AGREED:

Dated: June ___, 2005

HOPKINS & CARLEY
A Law Corporation

By: /s/
Eugene Ashley
Attorneys for Plaintiff
Cupertino National Bank and Trust, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust

Dated: June ___, 2005

MEEGAN, HANSCU & KASSENBROCK
Attorneys At Law

By: /s/
Mark R. Kassenbrock
Peter J. Pullen
Attorneys for Defendant
Roseville Fuel Plaza, LLC

Dated: June ___, 2005

MCGREGOR W. SCOTT
United States Attorney

By: /s/
Ana Maria Martel
Attorneys for Defendant
United States of America, on behalf of its agency, the Small Business Administration

*Order Continued on Next Page*

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 2 -

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER
CASE NO. 2:05-CV-00835-WBS-JFM

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing date on GBBK's Motion for Appointment of Receiver is continued to July 11, 2005 at 1:30 p.m. in Department 5.

IT IS SO ORDERED.

Dated:  June 15, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 3 -

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER
CASE NO. 2:05-CV-00835-WBS-JFM