Stephen J. Kottmeier (State Bar No. 077060)
Eugene Ashley (State Bar No. 171885)
Selena P. Ontiveros (State Bar No. 211790)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:  (408) 286-9800
Facsimile:  (408) 998-4790

Attorneys for Plaintiff
Cupertino National Bank and Trust, a part of Greater
Bay Bank N.A., successor in interest to Cupertino
National Bank and Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Cupertino National Bank and Trust, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust,<br><br>Plaintiff,<br><br>v.<br><br>Roseville Fuel Plaza, LLC, Greater Sacramento Certified Development Corporation, United States Small Business Administration, and Does 2 through 200.<br><br>Defendants. | CASE NO. 2:05-CV-00835-WBS-JFM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER FROM JUNE 27, 2005 TO JULY 11, 2005** |

WHEREAS on or about May 16, 2005, Plaintiff Cupertino National Bank and Trust, a part of Greater Bay Bank N.A., successor in interest to Cupertino National Bank and Trust ("GBBK") filed a Motion for Appointment of Receiver ("Motion") , which is currently set to be heard on June 27, 2005 at 1:30 p.m. in Department 5 of the above-entitled court;

WHEREAS GBBK, Defendant Roseville Fuel Plaza and Defendant United States Small

\\Voyager\users\ahogue\My Documents\Roseville - stip to move hrg date.doc

STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER
CASE NO. 2:05-CV-00835-WBS-JFM

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1  Business Administration wish to continue the hearing on GBBK's Motion;

2  WHEREAS Defendant Greater Sacramento Certified Development Corporation, although
3  served with summons of process and with GBBK's Motion, has not yet appeared in the instant
4  action;

5  THEREFORE, the parties hereby stipulate and agree, subject to this Court's approval, to
6  continue the June 27, 2005 hearing to July 11, 2005 at 1:30 p.m. in Department 5 of the above-
7  entitled court.  Defendants' Opposition to GBBK's Motion, if any, and GBBK's Reply, shall be
8  filed and served in accordance with Local Rule 78-230.

9  STIPULATED AND AGREED:

10 Dated: June ___, 2005                    HOPKINS & CARLEY
                                            A Law Corporation

13                                          By:  /s/
                                                Eugene Ashley
14                                              Attorneys for Plaintiff
                                                Cupertino National Bank and Trust, a part
15                                              of Greater Bay Bank N.A., successor in
                                                interest to Cupertino National Bank and
16                                              Trust

17 Dated: June ___, 2005                    MEEGAN, HANSCU & KASSENBROCK
                                            Attorneys At Law

19                                          By:  /s/
                                                Mark R. Kassenbrock
20                                              Peter J. Pullen
                                                Attorneys for Defendant
21                                              Roseville Fuel Plaza, LLC

23 Dated: June ___, 2005                    MCGREGOR W. SCOTT
                                            United States Attorney

25                                          By:  /s/
                                                Ana Maria Martel
26                                              Attorneys for Defendant
                                                United States of America, on behalf of its
27                                              agency, the Small Business Administration

28 ***Order Continued on Next Page***

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 2 -
STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER
CASE NO. 2:05-CV-00835-WBS-JFM

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the hearing date on GBBK's Motion for Appointment of Receiver is continued to July 11, 2005 at 1:30 p.m. in Department 5.

IT IS SO ORDERED.

Dated:  June 15, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

- 3 -
STIPULATION AND ORDER TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR APPOINTMENT OF RECEIVER
CASE NO. 2:05-CV-00835-WBS-JFM