1  Stephen J. Kottmeier (State Bar No. 077060)
   Eugene Ashley (State Bar No. 171885)
2  Selena P. Ontiveros (State Bar No. 211790)
   HOPKINS & CARLEY
3  A Law Corporation
   The Letitia Building
4  70 S First Street
   San Jose, CA  95113-2406
5
   *mailing address:*
6  P.O. Box 1469
   San Jose, CA 95109-1469
7  Telephone:    (408) 286-9800
   Facsimile:    (408) 998-4790
8
   Attorneys for Plaintiff
9  Cupertino National Bank and Trust, a part of Greater
   Bay Bank N.A., successor in interest to Cupertino
10 National Bank and Trust

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13                  SACRAMENTO DIVISION

14

15 CUPERTINO NATIONAL BANK AND          CASE NO.  2:05-CV-00835-WBS-JFM
   TRUST, a part of Greater Bay Bank N.A.,
16 successor in interest to Cupertino National   **ORDER DISMISSING ACTION WITHOUT**
   Bank and Trust,                       **PREJUDICE**
17
                  Plaintiff,            Judge:     Honorable William B. Shubb
18
          v.
19
   ROSEVILLE FUEL PLAZA, LLC,
20 GREATER SACRAMENTO CERTIFIED
   DEVELOPMENT CORPORATION,
21 UNITED STATES SMALL BUSINESS
   ADMINISTRATION, and DOES 2
22 through 200.

23                  Defendants.

24

25

26

27

28

1  The Court having reviewed Plaintiff's Request for Dismissal Without Prejudice, and good

2  cause appearing therefor, IT IS HEREBY ORDERED that the above-captioned action be

3  dismissed without prejudice pursuant to Federal Rule of Civil Procedure 66.

4      IT IS SO ORDERED.

5  Dated:  August 30, 2005

6

7  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

ORDER DISMISSING ACTION WITHOUT PREJUDICE
CASE NO. 2:05-CV-00835-WBS-JFM